**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CLARENCE EVANS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. _____** |
| | § | **Jury Demanded** |
| **GARRETT LINDLEY,** | § | |
| **Defendant.** | § | |
| | § | |

**<u>NOTICE OF REMOVAL</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

1.      Defendant, GARRETT LINDLEY, by his undersigned attorney, respectfully shows this Court:

2.      On June 12, 2019, **Cause No. 2019-40447** was commenced against Defendant in the **295th District Court** of Harris County, Texas, and is now pending therein.

3.      On September 13, 2019, Defendant was served with Plaintiff's Original Petition in the above-entitled action.

4.      As of the date of this filing, the following pleadings have been filed in the state court action in addition to the Plaintiff's petition:  On September 24, 2019, Defendant's Original Answer, Plea to Jurisdiction and Affirmative Defenses were filed.   Copies of all process, pleadings and orders served upon Defendant in the above-entitled action are attached hereto as Exhibits A (Plaintiff's Original Petition) and B (Defendant's Original Answer), and Exhibit C (Notice to Plaintiff in Cause No. 2019-40447 and  filed herewith.

5.      This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1331, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(b).

6.     The Plaintiff has raised and pled matters of civil violations of the "*Fourteenth and Fourth Amendments regarding Unlawful Search, Seizure and Detention*" which have proper jurisdiction in Federal Court as they involve matters which occurred when Defendant, GARRETT LINDLEY was acting under color of law as a Texas Peace Officer.

7.     A jury demand has been made in Cause No. 2019-40447 by Plaintiff.

8.     This notice is filed with this Court **within 30 days after service** on Defendant of Plaintiff's Original Petition in the above-entitled action.

WHEREFORE, Defendant prays that the above-entitled action be removed from the 295th District Court of Harris County, Texas to this Court.

Respectfully submitted,

By: _____

R. BURTON "BURT" SPRINGER
Attorney-in-Charge
Texas Bar No. 18966900
Southern District Bar No: 22892
E-Mail: Burt1120@aol.com
3605 Katy Freeway, Suite 103
Houston, TX 77007
Tel. (713) 227-2677
Fax. (713) 802-0517
Attorney for Defendant
GARRETT LINDLEY

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 25, 2019 a true and correct copy of **Defendant's Notice of Removal** was served by fax on U. A. LEWIS at (713) 581-1017 and U.S. Postal Service via Certified Mail, Return Receipt Requested to P.O. Box 27353, Houston, TX 77227.

R. BURTON "BURT" SPRINGER
Attorney for Defendant

# DEFENDANT'S EXHIBIT A

## A COPY OF PLAINTIFF'S ORIGINAL PETITION

6/12/2019 1:54 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 34317508
By: Miaeda Hutchinson
Filed: 6/12/2019 7:58 AM

## *2019-40447 / Court: 295*

### CASE NO. _____

| | | |
|---|---|---|
| **CLARENCE EVANS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **GARRETT LINDLEY** | § | **HARRIS COUNTY, TEXAS** |

### ORIGINAL PETITION



**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, Clarence Evans, ("Plaintiff" herein" files this his original petition[1] complaining of the following Defendant: Deputy Officer Garrett Lindley, (who was acting under the color of law in their individual capacities) and would respectfully show as follows:

### I. INTRODUCTION AND FACTS

1. On May 08, 2019, Clarence Evans was unlawfully approached by Defendant Garratt Lindley while he was watching his children play outside after they returned from his son's football practice.

2. Lindley stated the reason that he needed to enter Mr. Evans front yard to his home was to investigate a call that Evans' dog, Buckshot, was stolen.

3. Evans quickly made Lindley aware that Buckshot had been with his family since the dog was a puppy and was never lost or reported stolen, adding that his dog was chipped.

4. The Evans family even had a custom dog house built for their beloved family dog with a solar-powered air conditioning unit and camera.

5. Clarence Evans was detained by Lindley under false pretenses.

6. Lindley claimed Mr. Evans had a felony warrant out of Louisiana.

Certified Document Number: 85697206 - Page 1 of 9

7.    Lindley never produced any warrant for anyone with a felony out of Louisiana.

8.    Mr. Evans did not have a warrant for his arrest on May 8, 2019.

9.    Lindley called Mr. Evans by various names.

10.   However, Lindley never called him by his name, Clarence Evans.

11.   Lindley did not have consent to enter Mr. Evans yard.

12.   Once Lindley continued to aggressively insist that Mr. Evans was someone else, and a wanted fugitive, Mr. Evans told his kids to go let his wife know what was going.

13.   Mrs. Evans came out of her home with her cellphone camera and began to record the encounter.

14.   The video depicts Mr. Evans and Lindley trying to handcuff Clarence Evans.

15.   When the Lindley informs Mr. Evans "Reg" that he has an outstanding warrant in Louisiana Mr. Evans insists that he's never lived in Louisiana and inquiries on how the cop could possibly know there was an outstanding warrant when the officer "doesn't even seem to know my name."

16.   Lindley then asked Mr. Evans for his name and identification.

17.   Mr. Evans refused to provide his name and identification.

18.   In the video, his wife can be heard calling out his correct name "Clarence" several times.

19.   During the encounter, Mr. Evans was concerned for his safety because Lindley was nervous and he could feel Lindley shaking, although he was not being threatened with any harm, as Lindley held on to Mr. Evans detaining him.

20.   Mr. Evans was not free to leave at that point, as Lindley had Mr. Evans in a cornered position as he held a tight grasp of Mr. Evans.

2



21.     Lindley claimed Mr. Evans told him his name was Quintin.

22.     Lindley further tried lure–then force Mr. Evans to his patrol vehicle.



23.     Following an exchange of words, regarding Mr. Evans identity and this person "Quintin:

a second deputy reports to the scene.

24.     Lindley asked the second officer to get his cellphone, but no documents, or warrant.



Certified Document Number: 85697206 - Page 3 of 9

3

25.     Lindley showed the second officer and Evans a photo of the man Lindley accused Evans

of being, Quintin.

26.     At one point in the video, you can hear Lindley say "Quintin let's do this and be done".

27.     Lindley presented Evans with nothing more than the cellphone image, never an actual

warrant or other information to show Mr. Evans anyone was wanted.

28.     The mistaken identity was obvious to Mr. Evans, his wife, and the second deputy.

29.     Upon information and belief, Lindley does not personally know Quintin and has never

met him.

30.     It was further obvious Lindley determined that because to the person in the photograph,

also looked to be African American with the same skin tone, and wore "dreads" as a hairstyle,

like Evans, that Evans was the person he was looking for that day.

31.     Mr. Evans became fearful and defensive, yet remained non-violent, as he continued to

remain on his property.

32.     Still not satisfied that nobody on the scene agreed with him that the man in the

photograph on Lindey's cell phone was not Mr. Evans, Lindley went on to  snatch Mr. Evans'

wallet, illegally seizing it, from Mr. Evans and illegally searching the wallet for Mr. Evan's

identification.



33.    Precinct Four was sent an open records request for the warrant Lindley relied upon to enter Mr. Evans's property.

34.    There was no documented responsive to the request.

35.    Lindley's actions were plainly incompetent as he did not have an arrest warrant for anyone but in particular Clarence Evans.

36.    Lindley has been arrested and investigated for constitutional violations in the past.

37.    In 2013, he faced felony charges for official oppression, after he was indicted by a grand jury.

38.    He was accused of kicking a detained person in the head while he was handcuffed.

39.    A fellow officer felt compelled to report the use of force.

40.    His employment with the Houston Police Department ended through resignation.

41.    Choosing not to face a jury he was acquitted of official oppression after a bench trial.

## II.    Jurisdiction and Venue

42.    This court has concurrent jurisdiction to hear claims under 42 USC 1983, 42 USC 1988. Venue is proper because Defendants in this action is a resident of Harris County, Texas. Venue is

5

Certified Document Number: 85697206 - Page 5 of 9

also proper because a substantial part of the events or omissions giving rise to the Plaintiffs'
claims occurred in Harris County.

## III.   PARTIES

### A.   Plaintiff

43.     Clarence Evans ("Mr. Evans") is a resident of Harris County, Texas.   Mr. Evans is a
resident of Harris County, Texas.

### B.   Defendant

44.     Garrett Lindley ("Lindley") is and was at all times relevant to this action duly-appointed
deputy with the Harris County Precinct Four Constable Office. he is a person under 42 U.S.C. §
1983 and at all times relevant to this case as he acted under the color of law.  Garrett Lindley is
sued in his individual capacity.  Officer may be served with process wherever he may be found.

## IV.   Claims For Relief

### Count 1: 42 U.S.C. § 1983

32.     The Plaintiff incorporates by reference all preceding paragraphs of this Complaint as if
set forth at length herein in this section.

33.     This suit is brought pursuant to 42 U.S.C. § 1983, which is entitled the Civil Rights Act.
The critical language of the Civil Rights Act sets forth, in part:

> *"Every person who, under color of any statute, ordinance, regulation, custom, or usage,
> of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any
> citizen of the United States or other person within the jurisdiction thereof to the deprivation of
> any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the
> party injured in an action at law, suit in equity, or other proper proceeding for redress."*

6

Certified Document Number: 85697206 - Page 6 of 9

***Fourteenth and Fourth Amendments:  Due Process, Unlawful Search, Seizure, and Detention***

34.      On May 08, 2019, Garrett Lindley was acting under the color of state law when unreasonably detained Clarence Evans, without proper reason or authority, without reasonable or probable cause and with deliberate indifference to the rights of Mr. Evans.

35.      At all times relevant hereto, Plaintiff had an inalienable and fundamental liberty interest protected by the Constitution.

36.      Mr. Evans had the right to be free from illegal detention.

## V. Qualified Immunity

37.      Not later than the point in time at which the Defendant Garrett Lindley had Mr. Evans securely held in his, he was effectively detained by Garrett Lindley without lawful authority to do so.

38.      At all times pertinent hereto the law was clearly established that the seizure of a person without reasonable suspicion to do so is a violation of clearly established law on May 08, 2019[2]

## VI.    Jury demand

39.      The Plaintiff demands a trial by jury on all issues triable to a jury.

## VII.    Damages

40.      The Plaintiff incorporates by reference all preceding paragraphs of this Complaint as if set forth at length herein in this section.   The Plaintiff respectfully requests this Court to:

41.      Find that Plaintiff is the prevailing party in this suit at bar and award attorneys' fees under 42 U.S.C. § 1988, expert fees, and court costs pursuant to state and federal law.

42.      Find that the Defendant is the non-prevailing party.

---

[2] Lee v. Ferraro, 284 F.3d 1188 (11th Cir. 2002).

Certified Document Number: 85697206 - Page 7 of 9

43. Award actual damages to the Plaintiff for the violations of Mr. Evans's Constitutional rights.

44. Award prejudgment and post-judgment interest.

45. Award pain and suffering damages to the Plaintiff

46. Award emotional distress damages to the Plaintiff.

47. Award exemplary damages to the Plaintiff. All individuals sued are liable for punitive damages as he were deliberately indifferent to Mr. Evans's constitutional rights and he did the acts knowingly, such acts, include recklessly detaining Mr. Evans by holding him as he was in front of his family. These acts being extreme and outrageous and shocking to the conscious.

**IX.    Attorneys' Fees**

48. After prevailing herein, the Plaintiff is entitled to recover reasonable and necessary attorneys' fees and costs to enforce his Constitutional rights under 42 U.S.C. §§ 1983 and 1988 from the Defendant, as the prevailing parties.

**X.    Prayer for Relief**

49. For the reasons set forth herein, the Plaintiff respectfully request that the Defendant Garrett Lindley be cited to appear and answer herein, and that the Plaintiff have a final judgment against the Defendant for actual damages above the jurisdictional minimum of the Court, compensatory damages above the jurisdictional minimum of the Court, nominal damages above the jurisdictional minimum of the Court, mental anguish, exemplary damages as allowed by law, pre-judgment and post-judgment interest, costs of court, attorneys' fees and expenses, and all other relief to which the Plaintiff is justly entitled, at law or in equity.

Certified Document Number: 85697206 - Page 8 of 9

Respectfully submitted,
By:/s/U.A. Lewis
The Lewis Law Group
U.A. Lewis
SBN: 24076511
FBN: 1645666
P.O. Box 27353
Houston, TX 77227
Phone: (713) 570-6555
Fax: (713) 581-1017
MyAttorneyAtLaw@gmail.com

/s/ Andre Evans
Andre Evans

Attorneys for the Plaintiff

Certified Document Number: 85697206 - Page 9 of 9



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 17, 2019

Certified Document Number:        85697206 Total Pages: 9

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

DATE:
BY:
PSC 700
EXP. 7/31/2020

# DEFENDANT'S EXHIBIT B

## A COPY OF DEFENDANT'S ORIGINAL ANSWER, PLEA

## OF JURISDICTION AND AFFIRMATIVE DEFENSES



## NO. <u>2019-40447</u>

| | | |
|---|---|---|
| **CLARENCE EVANS** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **295TH JUDICIAL DISTRICT** |
| | § | |
| **GARRETT LINDLEY** | § | |
| **Defendant.** | § | **OF HARRIS COUNTY, TEXAS** |

## <u>DEFENDANT'S ORIGINAL ANSWER, PLEA TO THE JURISDICTION AND AFFIRMATIVE DEFENSES</u>

**NOW COMES, GARRETT LINDLEY**, named "Defendant" in the above-entitled and numbered cause, and subject to the Court's ruling on Defendant's Plea to Jurisdiction, files this Original Answer, Plea to the Jurisdiction and Affirmative Defenses, and shows the Court:

## PARTY IDENTIFICATION INFORMATION

The last three numbers of **GARRETT LINDLEY's** driver's license number are 248. **GARRETT LINDLEY's** last three numbers of his Social Security number are 129.

## PLEA TO JURISDICTION

1.      Defendant claims this Honorable Court is without authority to determine the subject in controversy because Plaintiff's Petition presents no justiciable issue to this Court.

a.      The Plaintiff has raised and pled matters which have proper jurisdiction in Federal Court as they involve matters which occurred when Defendant was acting under color of law as a Texas Peace Officer.

## GENERAL DENIAL

2.      Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

## AFFIRMATIVE DEFENSES

3.      Defendant claims Plaintiff's suit is barred by immunity. Defendant is a full time police officer employed by the Harris County Constable Deputy, Precinct Four. On the day of the incident Defendant identified himself as a police officer while wearing a Harris County Constable Deputy's uniform and driving a marked patrol car.

## PRAYER

Defendant prays the Court, subject to the Court's ruling on Defendant's challenge to Jurisdiction, will dismiss the Plaintiff's Petition order Plaintiff to replead and after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

By: _____

**R. BURTON "BURT" SPRINGER**
Texas Bar No. 18966900
Email:  LEGALTEAM@copsweb.org
3605 Katy Freeway, Suite 103
Houston, TX 77007
Tel. (713) 227-2677
Fax. (713) 802-0517
Attorney for Defendant
GARRETT LINDLEY

## CERTIFICATE OF SERVICE

I certify that on September 23, 2019 a true and correct copy of Defendant's Answer, Plea to Jurisdiction and Affirmative Defenses were served by fax on U. A. LEWIS at (713) 581-1017 and electronic mail.

R. BURTON "BURT" SPRINGER

NO. <u>2019-40447</u>

| | | |
|---|---|---|
| **CLARENCE EVANS** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **295TH JUDICIAL DISTRICT** |
| | § | |
| **GARRETT LINDLEY** | § | |
| **Defendant.** | § | **OF HARRIS COUNTY, TEXAS** |

### ORDER SUSTAINING
### DEFENDANT'S PLEA TO JURISDICTION

On _____, the Court heard the Defendant's Plea to Jurisdiction.  After

due consideration of the pleadings, the Response, the arguments of counsel and the evidence

submitted at the hearing, this Court is of the opinion that such Plea is due to be **SUSTAINED**.

**IT IS THEREFORE ORDERED** that Defendant's Plea to Jurisdiction is **SUSTAINED**

and this cause is hereby **DISMISSED WITHOUT PREJUDICE**.

Signed on: _____


_____
JUDGE PRESIDING

NO. <u>2019-40447</u>

| | | |
|---|---|---|
| **CLARENCE EVANS** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **295TH JUDICIAL DISTRICT** |
| | § | |
| **GARRETT LINDLEY** | § | |
| **Defendant.** | § | **OF HARRIS COUNTY, TEXAS** |

## <u>ORDER SETTING HEARING FOR</u><br><u>DEFENDANT'S PLEA TO JURISDICTION</u>

The above and foregoing Defendant's **Plea to Jurisdiction**, having been presented and duly considered, the court is of the opinion that a hearing on same is necessary.

**IT IS THEREFORE ORDERED** that said hearing is set on _____

at _____, in the 295th Judicial District Court of Harris County, Texas.

**SIGNED** on _____, 2019.


_____
JUDGE PRESIDING



# C.O.P.S. LOCAL 911
**C**oalition **O**f **P**olice & **S**heriffs, Inc., I.U.P.A., AFL-CIO
Police-Lawyer Utilization Service
**www.copsweb.org**



**R. Burton "Burt" Springer**
General Counsel

September 24, 2019

**Chris Downey**
Attorney at Law
State Board Certified, Criminal Law

**Denise Strybos**
Administrator and Paralegal

**Carson Joachim**
Attorney at Law

**Sent via Electronic Mail and**
**Fax (713) 581-1017**
U. A. Lewis
P.O. Box 27353
Houston, TX 77227



Attorney for Plaintiff
Clarence Evans

Re:     Cause No. 2019-40447;  Clarence Evans v. Garrett Lindley, In the 295th Court of Harris
County, Texas

Dear Counselor:
Please find attached a copy of Defendant, GARRETT LINDLEY'S *Original Answer, Plea to
Jurisdiction and Affirmative Defenses*.

Feel free to contact me at (713) 227-COPS or Email to LEGALTEAM@copsweb.org at any time.

Respectfully,
R. BURTON "BURT" SPRINGER
Attorney at Law

**BURT  SPRINGER**
General Counsel
Coalition Of Police & Sheriff's Inc.
C.O.P.S. LOCAL 911
Email LEGALTEAM@aol.com
www.copsweb.org
ATTORNEY FOR GARRETT LINDLEY

3605 Katy Freeway, Suite 103
Houston, Texas 77007
Office (713) 227-COPS
Fax (713) 802-0517
Email: LEGALTEAM@copsweb.org
www.copsweb.org
Denise Strybos, Legal Assistant



**R. BURTON "BURT" SPRINGER**
**Attorney at Law**

# Fax

To: U. A. Lewis                          From: R. Burton "Burt" Springer

---

Fax: 713.581.1017                        Fax: 713.802.0517

---

☐ **Urgent**   x **For Review**   ☐ **Signature needed**   ☐ **Please Reply**   ☐ **Calendaring**

---

● **Comments:** The contents of the attached documents contains confidential legal information that are solely intended for the above named recipient.  If  this fax arrives at a location not affiliated or relevant to the named recipient or subject matter, please notify the office of R. Burton "Burt" Springer at (713) 227-2677

**Re: CAUSE NO. 2019-40447; Clarence Evans v. Garrett Lindley**

**Attachment(s): ORIGINAL ANSWER, PLEA TO JURISDICTION AND AFFIRMATIVE DEFENSES**

**And ORDERS FOR HEARING AND DISMISSAL**

**Page: 7**

# WF-7720



## Fax Last Transmission

| PAGE. | 001/001 |
|---|---|
| Sep.24.2019 | 12:32 PM |

Name    : COPS / BURT SPRINGER

Fax     : 7138020517

| Receipt No. | Date | Time | Type | ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 0322 | Sep.24 | 12:09PM | Send | 7135811017 | 01:36 | 007/007 | OK |

# DEFENDANT'S EXHIBIT C

## A COPY OF DEFENDANT'S NOTICE TO PLAINTIFF OF FILING

## NOTICE OF REMOVAL IN CAUSE NO. 2019-40447



NO. <u>2019-40447</u>

| | | |
|---|---|---|
| **CLARENCE EVANS** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **295TH JUDICIAL DISTRICT** |
| | § | |
| **GARRETT LINDLEY** | § | |
| **Defendant.** | § | **OF HARRIS COUNTY, TEXAS** |

## <u>DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL</u>

TO:  U. A. LEWIS
     Attorney at Law
     P.O. Box 27353
     Houston, Texas  77227

Please take notice that on September 25, 2019, **GARRETT LINDLEY**, Defendant in the above-entitled action, filed Notice of Removal, copies of which are attached hereto, of the above-entitled action to the United States District Court for the Southern District of Texas, Houston Division.

You are also advised that Defendant, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Southern District of Texas, Houston Division, also filed copies thereof with the Clerk of the 295th District Court of Harris County, Texas to effect removal pursuant to 28 U.S.C. §1446(d).

Dated: <u>September 25, 2019</u>

1

Respectfully submitted,

By: _____

R. BURTON "BURT" SPRINGER
Attorney-in-Charge
Texas Bar No. 18966900
Southern District Bar No: 22892
E-Mail: Burt1120@aol.com
3605 Katy Freeway, Suite 103
Houston, TX 77007
Tel. (713) 227-2677
Fax. (713) 802-0517
Attorney for Defendant
GARRETT LINDLEY

## CERTIFICATE OF SERVICE

I certify that on September 25, 2019 a true and correct copy of Defendant's Notice of Removal was served by fax on U. A. LEWIS at (713) 581-1017 and U.S. Postal Service via Certified Mail, Return Receipt Requested to P.O. Box 27353, Houston, TX 77227.

_____

R. BURTON "BURT" SPRINGER
Attorney for Defendant

2

# **AFFIDAVIT**

STATE OF TEXAS                    §
                                  §
COUNTY OF HARRIS                  §

    I, R. BURTON "BURT" SPRINGER, being first duly sworn, depose and say that I served the foregoing Notice and a copy of the **Notice of Removal** therein mentioned on U. A. LEWIS, attorney of record for Plaintiff, CLARENCE EVANS, in Cause No. 2019-40447, filed in the 295th District Court of Harris County, Texas by fax and U.S. Postal Service via Certified Mail, Return Receipt Requested to P.O. Box 27353, Houston, TX 77227 on September 25, 2019.

R. BURTON "BURT" SPRINGER
Attorney for Defendant
GARRETT LINDLEY

    **SUBSCRIBED AND SWORN TO BEFORE ME** on September 25, 2019, by R. Burton "Burt" Springer.

Notary Public, State of Texas

1



# C.O.P.S. LOCAL 911
**Co**alition **O**f **P**olice & **S**heriffs, Inc., I.U.P.A., AFL-CIO
Police-Lawyer Utilization Service
**www.copsweb.org**



**R. Burton "Burt" Springer**
General Counsel

September 25, 2019

**Chris Downey**
Attorney at Law
State Board Certified, Criminal Law

**Denise Strybos**
Administrator and Paralegal



**Carson Joachim**
Attorney at Law

U. A. Lewis, ESQ.
P.O. Box 27353
Houston, TX 77227

**SENT VIA FAX (713) 581-1017 and**
**U.S. Mail, Certified Return Reciept Req**
**Tracking No. 70051820000653252815**

Re:    Cause No. 2019-40447; *Clarence Evans v. Garrett Lindley*, In the 295th Court of Harris
County, Texas

Dear Mr. Lewis:
Please find attached a copy of Defendant's NOTICE OF REMOVAL to Federal Court.

Feel free to contact me at (713) 227-COPS or Email to LEGALTEAM@copsweb.org at any time.

Respectfully,

R. BURTON "BURT" SPRINGER
Attorney at Law

**BURT SPRINGER**
General Counsel
Coalition Of Police & Sheriff's Inc.
C.O.P.S. LOCAL 911
SBN 18966900, Federal 22892
Email Burt1120@aol.com or
LEGALTEAM@aol.com
www.copsweb.org
ATTORNEY FOR GARRETT LINDLEY

RBS/ds
Attachment(s)
Cc: Defendant

3605 Katy Freeway, Suite 103
Houston, Texas 77007
Office  (713) 227-COPS
Fax  (713) 802-0517
Denise Strybos, Legal Assistant

**R. BURTON "BURT" SPRINGER**
**Attorney at Law**

# Fax

DATE:  September 25, 2019                                      PAGES 36

TO:  U.A. LEWIS                                FROM: BURT SPRINGER

FAX: 713.581.1017                              FAX: 713.802.0517

X **Urgent**     X **For Review**     ☐ **Signature needed**     ☐ **Please Reply**     ☐ **Calendaring**

• **Comments:** The contents of the attached documents contains confidential legal information that are solely intended for the above named recipient.  If  this fax arrives at a location not affiliated or relevant to the named recipient or subject matter, please notify the office of R. Burton "Burt" Springer at (713) 802-1893.

Re: Cause No. 2019-40447;  Clarence Evans v. Garrett Lindley, In the 295th Court of Harris County, TX

Attachment(s): _____

NOTICE OF REMOVAL WITH ATTACHMENTS

NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL WITH ATTACHMENTS

**WF-7720**



# Fax Last Transmission

| | |
|---|---|
| PAGE. | 001/001 |
| Sep.25.2019 | 12:57 PM |

**Name**   : COPS / BURT SPRINGER

**Fax**     : 7138020517

| Receipt No. | Date | Time | Type | ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 0398 | Sep.25 | 12:49PM | Send | 7135811017 | 07:16 | 036/036 | OK |